# Earnings Statement

**First America**
FIRST TRANSIT INC
600 VINE STREET SUITE 1200
CINCINNATI, OHIO 45202
PHONE 513-241-2200 EXT.0

Period Beginning: 06/12/2022
Period Ending: 06/25/2022
Pay Date: 07/01/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table,$35 Extra Withholding

LEITRE LOWE
1607 PEDRO DR SW
MABLETON GA 30126-0000

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.2500 | 80.40 | 2,110.50 | 24,689.48 |
| Ot Prem Only | 13.1300 | 4.95 | 64.99 | 821.05 |
| Safety Meeting | 26.2500 | 2.00 | 52.50 | 52.50 |
| Holiday | | | | 598.00 |
| Stybns | | | | 500.00 |
| Vacation | | | | 2,504.00 |
| **Gross Pay** | | | **$2,227.99** | 29,165.03 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,965.91
Your GA taxable wages this period are $1,965.91

**Deductions**

Statutory
| | this period | year to date |
|---|---|---|
| Federal Income Tax | -203.24 | 734.92 |
| Social Security Tax | -128.80 | 1,685.53 |
| Medicare Tax | -30.13 | 394.20 |
| GA State Income Tax | -88.48 | 1,180.45 |

Other
| | this period | year to date |
|---|---|---|
| Dental | -8.44* | 109.72 |
| Hsa Contr | -44.58* | 581.40 |
| Medical | -92.21* | 1,198.73 |
| Vision | -5.45* | 70.85 |
| 401K | -111.40* | 1,104.67 |
| Medical Retro | | 18.44 |
| Uniform | | -408.69 |
| Union Fund | | 4.00 |
| **Net Pay** | **$1,515.26** | |
| Checking | -1,515.26 | 22,490.81 |
| **Net Check** | **$0.00** | |

**Other Benefits and Information**
| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 82.40 | |
| EMPLOYEE ID | | 2000436227 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 513-241-2200

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA: Single
Exemptions/Allowances:
  GA: 1

© 2000 ADP, LLC

---



**First America**
FIRST TRANSIT INC
600 VINE STREET SUITE 1200
CINCINNATI, OHIO 45202

Advice number: 00000262721
Pay date: 07/01/2022

Deposited to the account of
LEITRE LOWE

account number    transit ABA    amount
                                 $1,515.26

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

```
UD5    130995   560800   T37    0000242705    1
```

# Earnings Statement

**First America**
FIRST TRANSIT INC
600 VINE STREET SUITE 1200
CINCINNATI, OHIO 45202
PHONE 513-241-2200 EXT.0

Period Beginning: 05/29/2022
Period Ending: 06/11/2022
Pay Date: 06/17/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table,$35 Extra Withholding

LEITRE LOWE
1607 PEDRO DR SW
MABLETON GA 30126-0000

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.2500 | 72.72 | 1,908.90 | 22,578.98 |
| Holiday | 26.2500 | 8.00 | 210.00 | 598.00 |
| Ot Prem Only | 13.1300 | .65 | 8.53 | 756.06 |
| Stybns | | | | 500.00 |
| Vacation | | | | 2,504.00 |
| **Gross Pay** | | | **$2,127.43** | 26,937.04 |

Your federal taxable wages this period are $1,700.18
Your GA taxable wages this period are $1,700.18

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -171.35 | 531.68 |
| | Social Security Tax | -122.56 | 1,556.73 |
| | Medicare Tax | -28.66 | 364.07 |
| | GA State Income Tax | -73.21 | 1,091.97 |
| | **Other** | | |
| | Dental | -8.44* | 101.28 |
| | Hsa Contr | -44.58* | 536.82 |
| | Medical | -92.21* | 1,106.52 |
| | Vision | -5.45* | 65.40 |
| | 401K | -276.57* | 993.27 |
| | Medical Retro | | 18.44 |
| | Uniform | | -408.69 |
| | Union Fund | | 4.00 |
| **Net Pay** | | **$1,304.40** | |
| Checking | | -1,304.40 | 20,975.55 |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 72.72 | |
| EMPLOYEE ID | | 2000436227 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 513-241-2200

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA: Single
Exemptions/Allowances:
  GA: 1

\* Excluded from federal taxable wages

© 2000 ADP, LLC

---

**First America**
FIRST TRANSIT INC
600 VINE STREET SUITE 1200
CINCINNATI, OHIO 45202

Advice number: 00000242705
Pay date: 06/17/2022

Deposited to the account of
LEITRE LOWE

| account number | transit ABA | amount |
|---|---|---|
| | | $1,304.40 |



**NON-NEGOTIABLE**